# The Law Office of Fabian Lima

1528 WALNUT STREET– SUITE 600
PHILADELPHIA, PA 19102
Telephone (215) 627-3350
Fax (215) 967-1149

Member of the PA & NJ Bars

---

May 25, 2007

United States District Court-- Office of the Clerk
Lockbox 18
844 King Street
Attn: ]     a Davis

                                          Re:    Complaint for Naturalization
                                                          07-CV-264

Dear Ms. Davis:

Enclosed please find a redacted copy of the complaint with exhibits for naturalization that I have previously filed on behalf of my client, Henrik Ostergaard. Also enclosed is a CD ROM of the two files and a certificate of service and the AO Form acknowledgment.

Should you have any questions or need anything else, please do not hesitate to contact me at the above number.

Very Truly Yours,

Fabian Lima

Encl.



FILED
MAY 2 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE