CERTIFICATE OF SERVICE

     On May 25. 2007, I, Fabian Lima, counsel for Henrik Ostergaard served the within Mandamus Action and Petition for Naturalization, Docket # 07 cv 264 , on each person/entity listed below at the following addresses:

BY CERTIFIED US MAIL:

Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

Attorney General Alberto Gonzales
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Colm F. Connolly, U.S. Attorney
Nemours Building, P.O. Box 2046
Wilmington, DE 19899-2046

Federal Bureau of Investigations
Director Robert Mueller
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

United States Citizenship and Immigration Service
Philadelphia District Office
Attn: Donald Monica
1600 Callowhill St.
Philadelphia, PA 19130

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2007, in Philadelphia, PA.

                                                Fabian Lima,
                                                Attorney for Plaintiff
                                                Henrik Ostergaard

FILED
MAY 29 2007
U.S. DISTRICT COURT
DISTRICT OF DE