IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD, | |
| Plaintiff/Petitioner | COMPLAINT FOR MANDAMUS RELIEF & PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(B) |
| vs. | |
| D.H.S. Secretary Michael Chertoff, U.S. Attorney General Alberto R. Gonzales, Director of F.B.I. Robert Mueller, USCIS Director Emilio Gonzalez, Philadelphia District Office Director DonaldMonica | Civil Action No. 07-264 |
| Defendants/Respondents | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of FABIAN LIMA, to represent HENRIK OSTERGAARD in this matter.

Signed: _____

Lisa R. Stark, Esq.
Delaware State Bar Identification Number: 4028
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Phone: (302) 351-9185

Attorney for: Henrik Ostergaard

Date: May 29, 2007



Scanned
FILED
MAY 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

GRANTED.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/29/2007

Law Office of Fabian Lima
1528 Walnut St., Ste. 600
Philadelphia, PA 19102

2