IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRIK OSTERGAARD, :
:
Plaintiff, :
:
v. : Civil Action No. 07-264 (SLR)
:
MICHAEL CHERTOFF, et al., :
:
Defendants. :

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ellen W. Slights, Assistant United States Attorney for the District of Delaware, and respectfully moves this Honorable Court for a further extension of time in the above case, until October 29, 2007, for defendants to file their response to the Complaint. In support thereof, the United States alleges that:

1. On or about May 16, 2007, plaintiff filed his Complaint for Mandamus Relief and Petition for Naturalization Pursuant to 8 U.S.C. Section 1447(B) ("Complaint") seeking to compel the processing of a naturalization petition filed with the United States Citizenship and Immigration Services.

2. The Government's response to plaintiff's Complaint was continued to September 13, 2007.

3. The parties are attempting to informally resolve the issues raised in the Complaint and need more time to accomplish their goals.

4. Ellen W. Slights, Assistant United States Attorney, contacted counsel for plaintiff who said he has no objection to the enlargement of response time and the plaintiff does not oppose the Government's motion.

Wherefore, the United States requests that it be allowed until October 29, 2007, to file its response to the plaintiff's Complaint.

                              COLM F. CONNOLLY
                              United States Attorney

By: _____
      Ellen W. Slights
      Assistant United States Attorney
      Delaware Bar I.D. 2782
      1007 Orange Street, Suite 700
      Post Office Box 2046
      Wilmington, Delaware 19899-2046
      (302) 573-6277

      Attorneys for Defendants

Dated: September 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-264 (SLR) |
| MICHAEL CHERTOFF, et al., | : |
| Defendants. | : |

## **ORDER**

UPON CONSIDERATION of the United States' Second Unopposed Motion for Extension of Time, the grounds stated therefor, the plaintiffs' lack of opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that the United States' motion should be and it is hereby granted; and it is,

FURTHER ORDERED that the United States' response to plaintiffs' Complaint shall be filed on or before October 29, 2007.

_____
Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-264 (SLR) |
| MICHAEL CHERTOFF, et al., | : |
| Defendants. | : |

## AFFIDAVIT OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on September 13, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said documents via United States Mail, postage prepaid, to the following:

Lisa Rene Stark
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Fabian Lima
Law Office of Fabian Lima
1528 Walnut Street
Suite 600
Philadelphia, PA 19102

/s/ Brandi C. Everett

_____
Brandi C. Everett
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899