IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Henrik Ostergaard,<br><br>　　　Plaintiff/Petitioner<br><br>　　　v.<br><br>D.H.S. Secretary Michael Chertoff,<br>U.S. Attorney General Alberto R. Gonzales,<br>Director of F.B.I. Robert Mueller,<br>USCIS Director Emilio Gonzalez,<br>Philadelphia District Office Director Donald Monica<br><br>　　　Defendant. | Civil Action No. 07-264 (SLR) |

## ANSWER

The United States of America, by and through undersigned counsel, answers the complaint in the above captioned matter as follows:

I)   **INTRODUCTION**

　　1.   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and they are therefore denied.

　　2.   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 and they are therefore denied.

　　3.   Admits that the U.S. Bureau of Citizenship and Immigration Services ("CIS") has not administratively decided plaintiff's naturalization application and as to the balance of the allegations in paragraph 3, states that it lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in paragraph 3 and they are therefore denied.

4. Admits that certain of the defendants are Directors of CIS and the Federal Bureau of Investigation ("FBI") and as to the balance of the allegations of paragraph 4, states that it lacks information sufficient to form a belief as to the truth of the allegations in paragraph 4 and they are therefore denied.

5. The allegations in paragraph 5 are not allegations of fact, but plaintiff's legal contentions, and do not require a response.

6. Denied.

7. Denied.

8. Denied.

9. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 and they are therefore denied.

10. Denied.

11. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 and they are therefore denied.

12. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 and they are therefore denied.

II) **JURISDICTION**

13. The allegations of paragraph 13 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes speak for themselves.

14. The allegations of paragraph 14 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statute speaks for itself.

**III   VENUE**

15. Admitted CIS is an agency of the United States. Lacks information to form an opinion as to whether the plaintiff is a resident of the state of Delaware. The balance of the allegations are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

**IV   PLAINTIFF**

16. Admitted plaintiff is an applicant for naturalization but lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations of paragraph 16 and they are therefore denied.

**V   DEFENDANTS**

17. Admitted defendants are agencies of the United States and individuals named in the Complaint are or were employees of their respective agencies. Defendants lack knowledge or information to form a belief as to the truth of the allegations of paragraph 17 and they are therefore denied.

18. Admitted Michael Chertoff is Secretary of the United States Department of Homeland Security. The balance of the allegations in paragraph 18 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

19.  Admitted that Alberto Gonzales was Attorney General of the United States. The balance of the allegations in paragraph 19 are not allegations of fact, but plaintiff's legal contentions, and do not require a response.

20.  Admitted that Robert S. Mueller, is the Director of the FBI. The balance of the allegations in paragraph 20 are not allegations of fact, but plaintiff's legal contentions, and do not require a response.

21.  Admitted that Emilio Gonzales is the Director of CIS. The allegations of paragraph 21 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

22.  Admitted that Donald Monica is the Head Officer in the Philadelphia Office of the CIS. Lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations of paragraph 22.

## VI   LEGAL FRAMEWORK

23.  The allegations in paragraph 23 are not allegations of fact, but plaintiff's legal contentions, and do not require a response.

24.  The allegations in paragraph 24 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

25.  The allegations in paragraph 25 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

26. The allegations in paragraph 26 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

27. The allegations in paragraph 27 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

28. The allegations in paragraph 28 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

29. The allegations in paragraph 29 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

30. The allegations in paragraph 30 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

31. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 and they are therefore denied.

32. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and they are therefore denied.

33. Admitted that application has been pending for almost four years. Lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations in paragraph 33 and they are therefore denied.

34. Admitted that the naturalization application has been pending for more than three years.

35. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and they are therefore denied.

36. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and they are therefore denied.

37. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and they are therefore denied.

38. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and they are therefore denied.

39. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and they are therefore denied.

40. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 and they are therefore denied.

41. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and they are therefore denied.

42. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and they are therefore denied.

43. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 and they are therefore denied.

44. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 and they are therefore denied.

45. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and they are therefore denied.

46. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and they are therefore denied.

47. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and they are therefore denied.

48. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 and they are therefore denied.

49. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and they are therefore denied.

50. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 and they are therefore denied.

51. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and they are therefore denied.

52. Admitted that the naturalization application has been pending for almost four years. Lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations in paragraph 52 and they are therefore denied.

53. Admitted that a notice containing the statement quoted in paragraph 53 was sent to plaintiff. Lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations in paragraph 53 and they are therefore denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and they are therefore denied.

59. The allegations of paragraph 59 are not allegations of fact, but plaintiff's legal contentions and do not require a response.

60. Admitted that plaintiff's naturalization application was filed almost four years ago and remains pending but denied as to the balance of paragraph 60.

## IX   CAUSES OF ACTION

### COUNT ONE: RIGHT TO DE NOVO JUDICIAL DETERMINATION OF APPLICATION FOR NATURALIZATION PURSUANT TO 8 U.S.C. SECTION 1447(B)

61. The responses to the allegations contained in paragraphs 1 through 60 above are repeated and incorporated as though fully set forth herein.

62. Denied.

63. Denied.

### COUNT TWO: UNREASONABLE DELAY IN VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT

The responses to the allegations contained in paragraphs 1 through 63 are repeated and incorporated as though fully set forth herein.

64. The allegations in paragraph 64 are not allegations of fact, but are plaintiff's legal contentions to which no response is required. The statute speaks for itself.

65. The allegations in paragraph 65 are not allegations of fact, but are plaintiff's legal contentions to which no response is required. The statute speaks for itself.

66. The allegations in paragraph 66 are not allegations of fact, but are plaintiff's legal contentions to which no response is required. The statute speaks for itself.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Defendants generally deny each and every allegation not heretofore specifically admitted, qualified or denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim for which relief may be granted.

2. Plaintiff's claims fail for lack of subject matter jurisdiction.

3. Plaintiff's claims fail for lack of personal jurisdiction over the named defendants.

4. Plaintiff's claims fail for insufficiency of process and insufficiency of service of process.

WHEREFORE, the United States respectfully requests that this Honorable Court deny plaintiff's applications for relief and dismiss plaintiff's complaint with prejudice,

and for any such other and further relief as the Court deems appropriate under the circumstances.

Dated: October 29, 2007.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney
                /s/ Ellen W. Slights

By: _____

                ELLEN W. SLIGHTS
                Assistant United States Attorney
                1007 Orange Street, Suite 700
                Post Office Box 2046
                Wilmington, Delaware 19899-2046
                DE Bar I.D. 2782