IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRIK OSTERGAARD                    :
                                     :
            Plaintiff,               :
                                     :
      v.                             :   Civil Action No. 07-264 (SLR)
                                     :
MICHAEL CHERTOFF, et al.,            :
                                     :
            Defendants.              :

## AFFIDAVIT OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on October 29, 2007, I have caused two copies of the foregoing **ANSWER** to be delivered via United States Mail, postage prepaid, to the following:

Lisa Rene Stark                      Fabian Lima
Morris, Nichols, Arsht & Tunnell     Law Office of Fabian Lima
1201 North Market Street             1528 Walnut Street
P.O. Box 1347                        Suite 600
Wilmington, DE 19899                 Philadelphia, PA 19102


                    /s/ Brandi C. Everett
                    _____
                    Brandi C. Everett
                    Office of the United States Attorney
                    The Nemours Building
                    1007 Orange Street
                    P.O. Box 2046
                    Wilmington, DE 19899