IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-264 (SLR) |
| MICHAEL CHERTOFF, et al., | : |
| Defendants. | : |

**AMENDED AFFIDAVIT OF SERVICE**

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on October 31, 2007, I have served the foregoing **ANSWER** to be delivered via United States Mail, postage prepaid, to the following:

Lisa Rene Stark
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Fabian Lima
Law Office of Fabian Lima
1528 Walnut Street
Suite 600
Philadelphia, PA 19102

/s/ Brandi C. Everett
_____
Brandi C. Everett
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899