UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRIK OSTERGAARD, :
:
Plaintiff, :
:
vs. :
:
D.H.S. Secretary Michael Chertoff, :
U.S. Attorney General Alberto R. Gonzales, :
Director of F.B.I. Robert Mueller, :
USCIS Director Emilio Gonzalez, :  Civil Action No: 07-264 (SLR)
Philadelphia District Office Director :
Donald Monica, :
:
Defendants. :
:

### STIPULATED MOTION FOR DISMISSAL PURSUANT TO RULE 41 (a)(2)

To the Judges of this Honorable Court, please be advised that Plaintiff Henrik Ostergaard, by and through counsel, is requesting that the above captioned case be dismissed as moot as his Application for Naturalization has been approved. Counsel for Defendants joins in this request.

Respectfully Submitted,

DAVID WEISS
Acting United States Attorney

/s/Fabian Lima                By:   _____
Fabian Lima, Esq.                  Ellen W. Slights
1528 Walnut St., Suite 600         Assistant United States Attorney
Philadelphia, PA 19102             Delaware State Bar No. 2782
Telephone: (215) 627-3350          1007 N. Orange Street, Suite 700
Facsimile: (215) 967-1149          Wilmington, DE 19899-2046
E-mail: flima3@comcast.net
Attorney for Plaintiff

Dated: November 16, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD,<br><br>Plaintiff,<br><br>vs.<br><br>D.H.S. Secretary Michael Chertoff,<br>U.S. Attorney General Alberto R. Gonzales,<br>Director of F.B.I. Robert Mueller,<br>USCIS Director Emilio Gonzalez,<br>Philadelphia District Office Director<br>Donald Monica,<br><br>Defendants. | Civil Action No: 07-264 (SLR) |

## AFFIDAVIT OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury, that on November 16, 2007, two copies of the **STIPULATED MOTION FOR DISMISSAL PURSUANT TO RULE 41 (a)(2)** were served via U.S. mail upon:

Fabian Lima, Esq.
1528 Walnut St., Suite 600
Philadelphia, PA 19102

Lisa Rene Stark
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899