UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD,<br><br>Plaintiff,<br><br>vs.<br><br>D.H.S. Secretary Michael Chertoff,<br>U.S. Attorney General Alberto R. Gonzales,<br>Director of F.B.I. Robert Mueller,<br>USCIS Director Emilio Gonzalez,<br>Philadelphia District Office Director<br>Donald Monica,<br><br>Defendants. | Civil Action No: 07-264 (SLR) |

**AMENDED STIPULATED MOTION FOR DISMISSAL
PURSUANT TO RULE 41 (a)(2)**

To the Judges of this Honorable Court, please be advised that Plaintiff Henrik Ostergaard, by and through counsel, is requesting that the above captioned case be dismissed as moot as his Application for Naturalization has been approved. Counsel for Defendants joins in this request.

Respectfully Submitted,

/s/Fabian Lima
Fabian Lima, Esq.
1528 Walnut St., Suite 600
Philadelphia, PA 19102
Telephone: (215) 627-3350
Facsimile: (215) 967-1149
E-mail: flima3@comcast.net
Attorney for Plaintiff

Ellen W. Slights
Assistant United States Attorney
Delaware State Bar No. 2782
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046

Lisa Rene Stark
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Local Counsel for Plaintiff

Dated: November 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRIK OSTERGAARD, | : |
| Plaintiff, | : |
| vs. | : |
| D.H.S. Secretary Michael Chertoff,<br>U.S. Attorney General Alberto R. Gonzales,<br>Director of F.B.I. Robert Mueller,<br>USCIS Director Emilio Gonzalez,<br>Philadelphia District Office Director<br>Donald Monica, | :    Civil Action No: 07-264 (SLR) |
| Defendants. | : |

## AFFIDAVIT OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on November 27, 2007, I have served two copies of the foregoing **AMENDED STIPULATED MOTION FOR DISMISSAL PURSUANT TO RULE 41 (a)(2)** to be delivered via United States Mail, postage prepaid, to the following:

Lisa Rene Stark
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Fabian Lima
Law Office of Fabian Lima
1528 Walnut Street
Suite 600
Philadelphia, PA 19102

/s/ Brandi C. Everett
_____
Brandi C. Everett
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899